FILED

JUN 19 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIKTORS GUSEVS, an individual; et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>AS CITADELE BANKA, a foreign corporation; et al.,<br><br>Defendants-Appellees. | No. 17-55602<br><br>D.C. No.<br>2:16-cv-03793-SVW-AS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 5) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Roxane G. Ashe
Circuit Mediator

rga/mediation